No. 73–6212. Jones *v.* Nelson, Warden. C. A. 9th Cir. Certiorari denied.

No. 73–6229. Schlette *v.* California Adult Authority et al. Sup. Ct. Cal. Certiorari denied.

No. 73–6261. Stokes *v.* Black, Reformatory Superintendent. C. A. 6th Cir. Certiorari denied.

No. 73–6269. Pruett *v.* Tennessee. Sup. Ct. Tenn. Certiorari denied.

No. 73–665. Volkswagenwerk Aktiengesellschaft et al. *v.* Prashar et ux. C. A. 8th Cir. Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 73–809. Rossi et al. *v.* United States. C. A. 3d Cir. Motion to defer consideration and certiorari denied.

No. 73–916. Marrapese *v.* United States; and
No. 73–917. Zinni *v.* United States. C. A. 2d Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari. Reported below: 486 F. 2d 918.

No. 73–1034. Kille *v.* Maryland. Ct. Sp. App. Md. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 73–1082. Cincinnati District Council 51, American Federation of State, County, Municipal Employees, AFL–CIO, et al. *v.* City of Cincinnati et al. Sup. Ct. Ohio. Certiorari denied. Mr. Justice Douglas would grant certiorari.